# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Melissa Anna Estes,

                Plaintiff,

vs.

Love, Beal & Nixon P.C.,

                Defendant.

Case Number: 14-CV-65-JED-TLW
Proceeding: Pretrial Conference
Date: 7-28-2015
Court Time: 1:30 p.m.
Actual Court Time: 1:49 p.m. to 2:05 p.m.

**MINUTE SHEET**

| John E. Dowdell, U.S. District Judge | L. Lyles, Deputy Clerk | Terri Beeler, Reporter |
|---|---|---|

Counsel for Plaintiff: Paul Catalano, Robert David Humphreys

Counsel for Defendant: David Cheek

Minutes: This comes on for a Pretrial Conference. Proposed PTO is discussed. Plaintiff's objection contained in the proposed PTO to Defendant's witness Melissa Longpine is overruled by the Court. Defendant advises that Tracy Reed will be able to testify. Therefore, the Plaintiff's Objection to Defendant's Counter Designation (Doc. 70) and Defendant's Objections to Plaintiff's Designations (Doc. 73) are moot. Trial docket and possible resetting is discussed. Plaintiff's counsel has a conflict with a setting on the October 19th docket due to another trial and Defendant's counsel has a conflict with the September 21st docket due to a family vacation. A supplemental Settlement Conference is discussed in light of the recent ruling on summary judgment (Doc. 80). Both parties are agreeable. Parties shall confer and notify the courtroom deputy, Lisa Lyles, within 2 weeks as to their wishes regarding a Settlement Conference. ETT: 2-3 days