UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Melissa Anna Estes,

    Plaintiff(s),

vs.                                                                                     Case Number: 14-cv-65-JED-TLW

Love, Beal & Nixon, P.C.,

    Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 08/25/2015 a Settlement Conference was held in the captioned matter.

☐     The litigation was settled; within _____ days of the date hereof, the Plaintiff and Defendant shall file:

      --    a Stipulation of Dismissal
            OR
      --    Agreed Judgment and Motion to Enter Agreed Judgment

☐     The litigation was not settled.

☑     Settlement negotiations are pending. The parties are to phone the undersigned by _5:00_ p.m. on _8/27_, 2015.

DATED: 08/25/2015.

                                                        T. Lane Wilson
                                                        U.S. Magistrate Judge