UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Melissa Anna Estes,

                Plaintiff(s),        Case No.: 14-cv-00065-JED-TLW

v.

Love, Beal & Nixon P.C.,

                Defendant(s)

## SUPPLEMENTAL SETTLEMENT CONFERENCE REPORT

Per the advise of counsel for the Plaintiff(s) and Defendant(s), the parties have accepted the settlement recommendation of the undersigned. The Plaintiff(s) and Defendant(s) shall file the appropriate dismissal documents with the Court by 09/10/2015.

**SO ORDERED** this 1st day of September, 2015

                                                      T. Lane Wilson
                                                      United States Magistrate Judge