**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MELISSA ANNA ESTES,<br>Plaintiff,<br>v.<br>LOVE, BEAL & NIXON, P.C.,<br>Defendant. | Case No. 14-cv-00065-JED-TLW |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Melissa Anna Estes, and Defendant, Love, Beal & Nixon, P.C., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/ Paul Mario Catalano
Robert David Humphreys, OBA #12346
Lucius James Wallace, OBA # 16070
Paul Mario Catalano, OBA# 22097
9202 South Toledo Avenue
Tulsa, Oklahoma 74137
Telephone: (918) 747-5300
Facsimile: (918) 747-5311
paul@hwh-law.com
***Attorneys for Plaintiff***

And

s/ Emily B. Fagan
*(Signed by the filing attorney with the Permission of Defendant's counsel)*
David A. Cheek, OBA #1638
Emily B. Fagan, OBA #22427
CHEEK & FALCONE, PLLC
6301 Waterford Blvd., Ste. 320
Oklahoma City, OK 73118
Telephone: (405) 286-9191
Facsimile: (405) 286-9670
efagan@cheekfalcone.com
***Attorneys for Defendant***